AO91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### Laredo Division

U.S. MAGISTRATE COURT
ISH—SDTX
FILED
OCT 15 2014 CLR

UNITED STATES OF AMERICA
V.
Jose Luis SALINAS
Laredo, TX
US

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: 5:14mj1317-1

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __October 14, 2014__ in __Webb__ County, in the __Southern__ District of __Texas__ __Jose Luis SALINAS__ defendant(s), a citizen of the United States, did unlawfully transport one undocumented alien(s) within the Southern District of Texas knowing or in reckless disregard of the fact that said alien(s) had come to, entered, or remained in the United States in violation of law, and transported or moved said alien(s) within the United States by means of motor vehicle or otherwise, in furtherance of such violation of law;

in violation of Title(s) __8__ United States Code, Section(s) __1324__
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Continued on Affidavit

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

/S/
Signature of Complainant

Edilberto Torres Jr
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 15, 2014                                       at        Laredo, Texas
Date                                                                    City and State

J. Hacker                         , U.S. Magistrate Judge
Name and Title of Judicial Officer                     Signature of Judicial Officer

U.S. MAGISTRATE COURT
JSH - SDTX
FILED

OCT 15 2014 CLR

David J. Bradley, Clerk
Laredo Division

## AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **V.** <br><br> Jose Luis SALINAS | **CRIMINAL COMPLAINT** <br><br> Case Number: 5:14-mj-1317-1 |

ENCOUNTER:
On October 13, 2014, A Border Patrol Agent was working his assigned duties at the primary lane of the United States Border Patrol Checkpoint located at approximately the 29 mile marker of Interstate Highway 35 north of Laredo, Texas. At approximately 11:59 p.m. a black Cadillac approached the agent's position for inspection. The driver, identified as SALINAS, Jose Luis stated that he was a United States Citizen. The front passenger stated he was a United States Citizen and was identified as a male juvenile. The driver side rear passenger stated he was a United States Citizen and was identified as SALINAS, Michael Jonathan. The other rear passenger, identified as NOLASCO-Garcia, Angela Catalina, avoided eye contact, sat in a rigid upright position during questioning, and could not answer any immigration questions properly. NOLASCO-Garcia would hesitate before answering any question pertaining to her immigration status. Due to the aforementioned facts, the agent instructed SALINAS to proceed to the secondary inspection area for a further immigration inspection of NOLASCO-Garcia.
In secondary, NOLASCO-Garcia stated that she was a citizen of El Salvador and was not in possession of any legal documentation to be or remain in the United States legally. All subjects were arrested and escorted into the checkpoint for processing.
PRINCIPAL INFORMATION:
Record checks revealed that SALINAS was arrested on August 6, 2009 for alien smuggling. SALINAS was subsequently given a year of unsupervised probation for that arrest. On September 16, 2014, SALINAS was arrested by Texas Department of Public Safety (DPS) for transporting 9 undocumented aliens. On October 7, 2014 SALINAS was arrested due to an outstanding warrant in regards to the DPS arrest. SALINAS was released on bond in regards to the warrant. The case against SALINAS for the charge of smuggling persons is still pending at this time.
PRINCIPAL SWORN STATEMENT:
SALINAS stated that he was approached by juvenile passenger, about taking undocumented alien NOLASCO-Garcia to San Antonio, Texas. SALINAS stated that he knew that NOLASCO-Garcia was in the United States illegally. SALINAS stated that the vehicle he was driving belonged to the father of the juvenile. SALINAS stated that he was not aware of any compensation that he was going to receive for transporting NOLASCO-Garcia to San Antonio, Texas.
MATERIAL WITNESS INFORMATION:
NOLASCO-Garcia stated that she made arrangements to be smuggled into the United States in El Salvador and paid $7,500 to be crossed. NOLASCO-Garcia stated that she illegally entered into the United States on October 9, 2014 near Laredo, Texas. NOLASCO-Garcia stated that after crossing, she was taken to a house that was located somewhere in Laredo, Texas. NOLASCO-Garcia also stated that she stayed at that house until today, when she was picked up by SALINAS, Jose Luis (driver), SALINAS Michael Jonathan and the juvenile. NOLASCO-Garcia stated that she did not speak to neither of the subjects while she was in the vehicle. NOLASCO-Garcia stated that she did not pay any money to the subjects in the vehicle.
Michael Jonathan SALINAS was released due to him having no knowledge of the situation.

The unaccompanied juvenile, will be released to the custody of his father for humanitarian reasons.

SUBSCRIBED and SWORN to before me this _____ day of _____.

_____           _____
Signature of Judicial Officer                           Signature of Complaint